ARCHER *v.* ARCHER *et al.*

ATKINSON, J. On conflicting evidence the judge was authorized to award the custody of the child to the defendants.

*Judgment affirmed. All the Justices concur.*

No. 1494. JANUARY 15, 1920.

Habeas corpus. Before Judge Cobb. Jackson superior court. May 8, 1919.

*P. Cooley,* for plaintiff. *Wolver M. Smith,* for defendants.